### 23644. TURNER v. THE STATE.

MacIntyre, J. The motion for a new trial contained the usual general grounds only; the testimony was conflicting; the jury saw fit to believe the witnesses for the State; the verdict of guilty being supported by the evidence and approved by the trial judge, this court will not disturb it.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED MARCH 30, 1934.

*I. J. Bussell,* for plaintiff in error.

*A. B. Spence, solicitor-general, H. L. Causey,* contra.